# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:16-cv-02837-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| 6263 ORDAZ TRUST, *et al.*, | |
| Defendants. | |

In light of the stay in this case (ECF No. 4),

IT IS ORDERED that defendant Boulder Ranch Master Association's motion to dismiss **(ECF No. 14) is DENIED** without prejudice.

DATED this 24th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE