Joel E Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, <br><br> Plaintiff, <br><br> vs. <br><br> 6263 ORDAZ TRUST, a Nevada entity; BOULDER RANCH MASTER ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No. 2:16-CV-02837-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

DMWEST #36687495 v1

Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 ("Trustee") and Defendant 6263 Ordaz Trust ("Ordaz") hereby stipulate to an Order for a two-week extension of time for Trustee to file a memorandum in opposition to the Motion to Dismiss [ECF No. 26] filed by Ordaz on February 1, 2019.

The original deadline for any opposition to the Motion to Dismiss is February 15, 2019. The proposed extended deadline is March 1, 2019. The parties stipulate and agree that no party will be prejudiced by the requested extension and that it is not sought for purposes of delay.

The parties accordingly stipulate and move the Court to extend the deadline for Trustee to file a response to Ordaz's Motion to Dismiss to March 1, 2019.

Dated: February 15, 2019

| BALLARD SPAHR LLP | AYON LAW PLLC |
|---|---|
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff* | By: /s/ Luis A. Ayon<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, Nevada 89147<br><br>*Attorney for Defendant 6263 Ordaz Trust* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 19, 2019.

2

DMWEST #36687495 v1