LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 947-7110
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant, 6263 Ordaz Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8,<br><br>Plaintiff,<br>vs.<br><br>6263 ORDAZ TRUST, a Nevada entity; BOULDER RANCH MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-02837-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MOTION TO DISMISS** |

IT IS HEREBY STIPULATED between Plaintiff, U.S. Bank National Association ("U.S. Bank"), as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, by and through its attorney of record, Justin A. Shiroff, Esq. of the law firm of Ballard Spahr, and Defendant 6263 Ordaz Trust ("Ordaz") by and through its attorneys of record, the law firm AYON LAW, PLLC, that, the parties agree to extend the deadline for Ordaz to file its Reply to U.S. Bank's Response to Ordaz's Motion to Dismiss [ECF No. 26] filed by Ordaz on February 1, 2019.

AYON LAW, PLLC
8716 SPANISH RIDGE
SUITE 115
LAS VEGAS, NEVADA 89147
PHONE: (702) 600-3200

The original deadline for any reply to the Motion to Dismiss was March 8, 2019. The proposed extended deadline is March 15, 2019. The parties stipulate and agree that no party will be prejudiced by the requested extension and that it is not sought for purposes of delay.

The parties accordingly stipulate and move the Court to extend the deadline for Ordaz to file a reply to U.S. Bank's Response to Ordaz's Motion to Dismiss to March 15, 2019.

DATED this 12th day of March, 2019.

| AYON LAW, PLLC | BALLARD SPAHR |
|---|---|
| /s/Luis A. Ayon | /s/Justin A. Shiroff |
| LUIS A. AYON, ESQ. | JUSTIN A. SHIROFF, ESQ. |
| Nevada Bar No. 9752 | Nevada Bar No. 12869 |
| 8716 Spanish Ridge Ave., Suite 115 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89135 |
| *Attorney for 6263 Ordaz Trust* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 12, 2019.