# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No.: 2:16-cv-02837-APG-NJK |
| Plaintiff | **Order Denying Motions to Dismiss** |
| v. | [ECF Nos. 26, 33] |
| 6263 ORDAZ TRUST and BOULDER RANCH MASTER ASSOCIATION, | |
| Defendants | |

Plaintiff U.S. Bank National Association seeks to determine whether its deed of trust still encumbers property located at 6263 Ordaz Avenue #102 in Henderson, Nevada. Defendant 6263 Ordaz Trust (Ordaz Trust) purchased the property at the non-judicial foreclosure sale conducted by defendant Boulder Ranch Master Association (Boulder Ranch).

Ordaz Trust and Boulder Ranch separately moved to dismiss. ECF Nos. 26, 33. However, neither motion complied with my December 7, 2018 order, which required that "[a]ny dispositive motion filed within the next 90 days must contain a declaration by the movant's counsel that sets forth the details of the meet-and-confer and certifies that, despite good faith efforts, the issues raised in the motion could not be resolved." ECF No. 20. I therefore deny the motions. Plaintiff U.S. Bank requests fees and costs for having to respond to the motions. I deny that request because U.S. Bank does not identify a legal basis for awarding fees and costs.

IT IS THEREFORE ORDERED that defendant 6263 Ordaz Trust's motion to dismiss **(ECF No. 26) is DENIED.**

/ / / /

/ / / /

IT IS FURTHER ORDERED that defendant Boulder Ranch Master Association's motion to dismiss **(ECF No. 33) is DENIED.**

DATED this 10th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE