# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No.: 2:16-cv-02837-APG-NJK |
| Plaintiff | **Order for Proposed Joint Pretrial Order** |
| v. | |
| 6263 ORDAZ TRUST and BOULDER RANCH MASTER ASSOCIATION, | |
| Defendants | |

Pursuant to the scheduling order (ECF No. 30), the proposed joint pretrial order was due September 16, 2019. Nothing has been filed.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by November 19, 2019.

DATED this 5th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE