UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br>     Plaintiff(s), <br> v. <br> 6263 ORDAZ TRUST, et al., <br>     Defendant(s). | Case No.: 2:16-cv-02837-APG-NJK <br><br> **Order** |

On February 4, 2020, the Court held a settlement conference. In violation of the Court's order, attorney Steven Loizzi appeared on behalf of Defendant Boulder Ranch Master Association without any client representative. *See* Docket No. 49 at 2. As a result, Mr. Loizzi was dismissed from the settlement conference.[1] In an effort not to prejudice future settlement discussions, the Court defers deciding whether to issue an order to show cause regarding sanctions. *See* Fed. R. Civ. P. 16(f). Regardless of whether such order to show cause is issued, however, Mr. Loizzi is **ADMONISHED** for violating the Court's order. Moreover, a joint status report regarding settlement discussions between Plaintiff and the HOA must be filed by February 11, 2020.

IT IS SO ORDERED.

Dated: February 4, 2020

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge

---

[1] The remaining parties also violated other aspects of the Court's order. These violations were of a less disruptive nature. An oral warning was issued to the other parties and their counsel.