# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>    Plaintiff(s),<br>v.<br>6263 ORDAZ TRUST, et al.,<br>    Defendant(s). | Case No.: 2:16-cv-02837-APG-NJK<br><br>**Order** |

Plaintiff and the HOA have reached a settlement. Docket No. 54. Dismissal papers must be filed by March 31, 2020.

IT IS SO ORDERED.

Dated: February 12, 2020

									_____
									Nancy J. Koppe
									United States Magistrate Judge